DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KORY ASHTON ORREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>KORY ASHTON ORREN<br><br>    *Defendant.* | No. 1:12-CR-00296 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date : February 4, 2013<br>Time: 1:00 P.M.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for December 3, 2012, **may be continued to February 4, 2013 at 1:00 P.M.**

This continuance is requested by counsel for the defendant. Counsel has been advised that the government will be providing a plea offer to the defendant within the next few days. Defendant is housed at the Lerdo facility in Bakersfield. Counsel will need sufficient time to provide defendant with a copy of the offer and then to meet and discuss the offer with defendant, which will require additional time due to scheduling bus transportation to have defendant brought to Fresno from Lerdo to meet with counsel. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Brian Enos has no objection to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a

Stipulation to Continue Status Conference
Hearing; Order

speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: November 27, 2012          /s/ Brian Enos
                                          BRIAN ENOS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: November 27, 2012          /s/ Marc Days
                                          MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KORY ASHTON ORREN

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   November 28, 2012**          /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE