BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00296 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO VACATE STATUS |
| | ) | CONFERENCE AND SET CHANGE OF |
| | ) | PLEA HEARING |
| v. | ) | |
| | ) | Date: May 13, 2013 |
| | ) | Time: 8:30 |
| KORY ASHTON ORREN, | ) | Ctrm: 4 |
| | ) | |
| Defendant. | ) | Hon. Lawrence J. O'Neill |
| | ) | |

THE PARTIES HERETO HEREBY STIPULATE, through their respective attorneys of record, that their April 29, 2013 status conference scheduled to take place before Judge Oberto be vacated, and replaced with a change of plea hearing on May 13, 2013 before Judge O'Neill.

The parties base this stipulation on good cause. To explain, the parties have been diligently working toward a resolution of this case and have indeed filed a signed plea agreement earlier this morning. In light of these circumstances, it would save time and resources both for the parties and court to replace this Monday's status conference into a May 13, 2013

change of plea hearing, at a time to be determined by the district court.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

Dated: April 25, 2013     By: Brian W. Enos
                                       BRIAN W. ENOS
                                       Assistant U.S. Attorney

                                       (As auth. 4/25/13)

Dated: April 25, 2013     /s/ Marc J. Days
                                       MARC J. DAYS
                                       Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: April 25, 2013     /s/ Lawrence J. O'Neill
                                       HON. LAWRENCE J. O'NEILL
                                       UNITED STATES DISTRICT JUDGE