UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## I N T E R O F F I C E   M E M O R A N D U M

**TO:**       Irma Munoz, Courtroom Clerk
              of the Honorable Lawrence J. O'Neill

**FROM:**     Ben J. Blankenship
              Senior United States Probation Officer

**DATE:**     July 9, 2013

**SUBJECT:**  **Kory Ashton Orren**
              **Docket Number:   1:12CR00296-01 LJO**
              **JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on **August 5, 2013, at 9:45 a.m.** Based on the complexity of this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| **Judgment and Sentencing Date & Time** | **08/26/2013 @ 9:45** |
| The proposed Presentence Report shall be disclosed to counsel: | **07/22/2013** |
| Informal objections submitted to Probation Officer: | **08/05/2013** |
| The Presentence Report shall be filed with the Court: | **08/12/2013** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel: | **08/19/2013** |

cc:   Brian Enos, Assistant United States Attorney
      Marc Days, Assistant Federal Defender

IT IS SO ORDERED.

**Dated:   July 9, 2013**               /s/  **Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE